FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JOSEPH A. KENNEDY,
*Plaintiff-Appellant*,

v.

BREMERTON SCHOOL DISTRICT,
*Defendant-Appellee.*

No. 20-35222

D.C. No.
3:16-cv-05694-RBL

ORDER

On Remand from the United States Supreme Court

Filed August 8, 2022

Before:  DOROTHY W. NELSON, MILAN D. SMITH,
JR., and MORGAN CHRISTEN, Circuit Judges.

Order

**ORDER**

On June 27, 2022, the Supreme Court issued its opinion in this case, reversing our prior judgment in *Kennedy v. Bremerton Sch. Dist.*, 991 F.3d 1004 (9th Cir. 2021).  *See Kennedy v. Bremerton Sch. Dist.*, 142 S. Ct. 2407 (2022). Therefore, we **VACATE** the district court's grant of summary judgment in favor of defendant and **REMAND** for further proceedings consistent with the Supreme Court's opinion.  This order shall act as and for the mandate of this court.

**IT IS SO ORDERED.**